```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ANDREW M. CARROLL
427 N. Packard St
Hammonton, NJ 08037
(856) 426-9815 - Phone
AMC/0842
```



Order Filed on June 13, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re: Gallardo,
       Karla

Case No.: 23- 10001 JKS

Adv. No.:

Judge John K. Sherwood

# ORDER EXPUNGING THE PROOF OF CLAIM

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: June 13, 2023

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor: Gallardo, Karla
Case No.: 23-10001 JKS
Caption of Order: Order Expunging Proof of Claim

---

This matter having been brought before the Court by the debtor's attorney, Andrew M. Carroll, on Notice of Motion, and the debtor having provided Notice of said Motion to the interested creditors, and to the United States Trustee, the Chapter 13 Trustee and parties having had an opportunity to be heard, the Court having reviewed the moving papers and all responses thereto, and for good cause shown the proof of claim filed by Quantum3, docketed under the Claims Register as number 12, in the amount of $28,479.22 is hereby expunged.

**IT IS FURTHER ORDERED** that the debtor shall serve a copy of this Order on all interested parties within five (5) days of the entry hereof.