Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−10001−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Karla Gallardo
   527 Buchanan Street
   Hillside, NJ 07205

Social Security No.:
   xxx−xx−9590

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/14/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 14, 2023
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-10001-JKS |
| Karla Gallardo | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 14, 2023 | Form ID: 148 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karla Gallardo, 527 Buchanan Street, Hillside, NJ 07205-1702 |
| 519803132 | + | Defi/Tmcc/Mazda Fin Sv, 6565 Headquarters Dr, Plano, TX 75024-5965 |
| 519803134 | + | Law Office of Steven Cohen, 540 East 180th Street, Suite 203, Bronx, NY 10457-3322 |
| 519803135 | + | Midland Mortgage, P.o. Box 248921, Oklahoma City, OK 73124-8921 |
| 519830502 | + | Toyota Motor Credit Corporation, P.O. Box 330, Williamsville, New York 14231-0330 |
| 519803138 | | Truistgsls, 1797 Ne Expressway, Thd Loan Service, Atlanta, GA 30329 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 14 2023 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 14 2023 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Jul 15 2023 00:52:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519803127 | | Email/PDF: bncnotices@becket-lee.com | Jul 14 2023 21:13:34 | American Express, P O BOX 7871, Fort Lauderdale, FL 33329 |
| 519827615 | | Email/PDF: bncnotices@becket-lee.com | Jul 14 2023 21:13:31 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519803128 | + | EDI: CAPITALONE.COM | Jul 15 2023 00:52:00 | Capital One, P.o. Box 4069, Carol Stream, IL 60197-4069 |
| 519837193 | + | EDI: AIS.COM | Jul 15 2023 00:52:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519803129 | + | Email/Text: cr-bankrupt@wakeassoc.com | Jul 14 2023 20:58:00 | Choice Recovery, 1105 Schrock Rd Ste 700, Columbus, OH 43229-1168 |
| 519803130 | + | EDI: CITICORP.COM | Jul 15 2023 00:52:00 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 519803131 | + | Email/Text: bankruptcies@crownasset.com | Jul 14 2023 21:00:00 | Crown Asset Management, LLC, 3100 BRECKINRIDGE BLVD #725, Duluth, GA 30096-7605 |
| 519803133 | + | EDI: DISCOVER.COM | Jul 15 2023 00:52:00 | Discover, P.o. Box. 70176, Philadelphia , PA 19176-0176 |
| 519806929 | | EDI: DISCOVER.COM | Jul 15 2023 00:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519851946 | | Email/Text: bankruptcy@greenskycredit.com | Jul 14 2023 21:00:00 | Greensky,LLC, 3155 Royal Drive Suite 175, Alpharetta, GA 30022-2479 |
| 519928865 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 14 2023 21:01:37 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519928866 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2023 21:01:31 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519822782 | + | EDI: AISMIDFIRST | Jul 15 2023 00:52:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519828168 | | EDI: Q3G.COM | Jul 15 2023 00:52:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519860588 | | EDI: Q3G.COM | Jul 15 2023 00:52:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519803137 | + | EDI: RMSC.COM | Jul 15 2023 00:52:00 | Syncb/Lowe, PO Bos 965005, Orlando, FL 32896-5005 |
| 519858145 | + | EDI: AIS.COM | Jul 15 2023 00:52:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519803246 | + | EDI: RMSC.COM | Jul 15 2023 00:52:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519844359 | + | EDI: AIS.COM | Jul 15 2023 00:52:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519807407 | + | EDI: WFFC2 | Jul 15 2023 00:52:00 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St Louis Park, MN 55426-4938 |
| 519836040 | | EDI: WFFC2 | Jul 15 2023 00:52:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519803139 | + | EDI: WFFC2 | Jul 15 2023 00:52:00 | Wf Pll, Po Box 94435, Albuquerque, NM 87199-4435 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519803136 | | Presler, Felt & Warshaw, 7 Entin Road |
| 519822700 | * | Discover Bank/Discover Products, P.O. Box 3025, New Albany, Oh 43054-3025 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 16, 2023            Signature:       /s/Gustava Winters

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 14, 2023 | Form ID: 148 | Total Noticed: 31 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Carroll | on behalf of Debtor Karla Gallardo AndrewCarrollEsq@gmail.com SouthJerseyBankruptcy@gmail.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4