Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.:  23−10001−JKS
           Chapter:  13
           Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Karla Gallardo
   527 Buchanan Street
   Hillside, NJ 07205

Social Security No.:
   xxx−xx−9590

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 15, 2023.

Dated: December 15, 2023
JAN: mcp

                                                                                     Jeanne Naughton
                                                                                     Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 23-10001-JKS
Karla Gallardo                                                                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                                      Page 1 of 3
Date Rcvd: Dec 15, 2023                           Form ID: plncf13                                 Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karla Gallardo, 527 Buchanan Street, Hillside, NJ 07205-1702 |
| 519803129 | + | Choice Recovery, 1105 Schrock Rd Ste 700, Columbus, OH 43229-1168 |
| 519803132 | + | Defi/Tmcc/Mazda Fin Sv, 6565 Headquarters Dr, Plano, TX 75024-5965 |
| 519803134 | + | Law Office of Steven Cohen, 540 East 180th Street, Suite 203, Bronx, NY 10457-3322 |
| 519803135 | + | Midland Mortgage, P.o. Box 248921, Oklahoma City, OK 73124-8921 |
| 519830502 | + | Toyota Motor Credit Corporation, P.O. Box 330, Williamsville, New York 14231-0330 |
| 519803138 | | Truistgsls, 1797 Ne Expressway, Thd Loan Service, Atlanta, GA 30329 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 15 2023 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 15 2023 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 15 2023 21:09:21 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519803127 | | Email/PDF: bncnotices@becket-lee.com | Dec 15 2023 21:09:26 | American Express, P O BOX 7871, Fort Lauderdale, FL 33329 |
| 519827615 | | Email/PDF: bncnotices@becket-lee.com | Dec 15 2023 20:58:39 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519803128 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 15 2023 21:20:35 | Capital One, P.o. Box 4069, Carol Stream, IL 60197-4069 |
| 519837193 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 15 2023 21:09:25 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519803130 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 15 2023 20:58:38 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 519803131 | + | Email/Text: bankruptcies@crownasset.com | Dec 15 2023 20:52:00 | Crown Asset Management, LLC, 3100 BRECKINRIDGE BLVD #725, Duluth, GA 30096-7605 |
| 519803133 | + | Email/Text: mrdiscen@discover.com | Dec 15 2023 20:51:00 | Discover, P.o. Box. 70176, Philadelphia, PA 19176-0176 |
| 519806929 | | Email/Text: mrdiscen@discover.com | Dec 15 2023 20:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519851946 | | Email/Text: bankruptcy@greenskycredit.com | Dec 15 2023 20:52:00 | Greensky,LLC, 3155 Royal Drive Suite 175, Alpharetta, GA 30022-2479 |
| 519928865 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2023 20:58:55 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 15, 2023 | Form ID: plncf13 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519928866 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2023 21:09:57 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519822782 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 15 2023 21:20:37 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519828168 | | Email/Text: bnc-quantum@quantum3group.com | Dec 15 2023 20:52:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519860588 | | Email/Text: bnc-quantum@quantum3group.com | Dec 15 2023 20:52:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519803137 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 15 2023 20:58:47 | Syncb/Lowe, PO Bos 965005, Orlando, FL 32896-5005 |
| 519858145 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 15 2023 21:09:45 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519803246 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 15 2023 21:20:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519844359 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 15 2023 21:09:57 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519807407 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 15 2023 21:09:57 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St Louis Park, MN 55426-4938 |
| 519836040 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 15 2023 20:59:06 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519803139 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 15 2023 20:58:38 | Wf Pll, Po Box 94435, Albuquerque, NM 87199-4435 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519803136 | | Presler, Felt & Warshaw, 7 Entin Road |
| 519822700 | * | Discover Bank/Discover Products, P.O. Box 3025, New Albany, Oh 43054-3025 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 17, 2023        Signature:    /s/Gustava Winters

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Dec 15, 2023 | Form ID: plncf13 | Total Noticed: 31

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Carroll | on behalf of Debtor Karla Gallardo AndrewCarrollEsq@gmail.com  SouthJerseyBankruptcy@gmail.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4