ANDREW M. CARROLL, ESQ.
427 N. PACKARD ST.
HAMMONTON, NJ  08037

Re:   KARLA GALLARDO                          Atty:   ANDREW M. CARROLL, ESQ.
      527 BUCHANAN STREET                              427 N. PACKARD ST.
      HILLSIDE,  NJ  07205                             HAMMONTON, NJ  08037

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
#### Chapter 13 Case # 23-10001

## RECEIPTS AS OF 01/01/2024         (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/27/2023 | $520.00 | 8962059000 | 02/17/2023 | $520.00 | 9004444000 |
| 03/20/2023 | $520.00 | 9064134000 | 04/17/2023 | $520.00 | 9116403000 |
| 05/11/2023 | $520.00 | 9161338000 | 06/26/2023 | $520.00 | 9239970000 |
| 11/06/2023 | $1,250.00 | 2310001- | 11/06/2023 | $310.00 | 2310001- |
| 12/04/2023 | $784.00 | | 12/28/2023 | $780.00 | |

**Total Receipts: $6,244.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $6,244.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024         (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 431.91 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,500.00 | 100.00% | 1,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 738.33 | 100.00% | 77.93 | 660.40 |
| 0003 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 9,670.37 | 100.00% | 1,020.76 | 8,649.61 |
| 0004 | CHOICE RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | QUANTUM3 GROUP LLC | UNSECURED | 2,566.97 | 100.00% | 270.96 | 2,296.01 |
| 0007 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 2,497.99 | 100.00% | 263.68 | 2,234.31 |
| 0009 | LAW OFFICE OF STEVEN COHEN | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | MIDFIRST BANK | MORTGAGE ARRE | 60.00 | 100.00% | 60.00 | 0.00 |
| 0012 | LVNV FUNDING LLC | UNSECURED | 3,200.06 | 100.00% | 337.78 | 2,862.28 |
| 0014 | TRUISTGSLS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | WELLS FARGO N.A. PERSONAL LENDING | UNSECURED | 4,864.10 | 100.00% | 513.43 | 4,350.67 |
| 0017 | WELLS FARGO CARD SERVICES | UNSECURED | 12,425.18 | 100.00% | 1,311.54 | 11,113.64 |
| 0018 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 73.19 | 100.00% | 7.73 | 65.46 |
| 0019 | GREENSKY, LLC | UNSECURED | 4,246.87 | 100.00% | 448.28 | 3,798.59 |
| 0020 | QUANTUM3 GROUP LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 23-10001**

**Total Paid:  $6,244.00**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $6,244.00          -      Paid to Claims: $4,312.09      -      Admin Costs Paid: $1,931.91    =    Funds on Hand: $0.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.