ANDREW M. CARROLL, ESQ.
427 N. PACKARD ST.
HAMMONTON, NJ  08037

Re:   KARLA GALLARDO
      527 BUCHANAN STREET
      HILLSIDE,  NJ  07205

Atty:   ANDREW M. CARROLL, ESQ.
        427 N. PACKARD ST.
        HAMMONTON, NJ  08037

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
#### Chapter 13 Case # 23-10001

## RECEIPTS AS OF 01/01/2025   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/27/2023 | $520.00 | 8962059000 | 02/17/2023 | $520.00 | 9004444000 |
| 03/20/2023 | $520.00 | 9064134000 | 04/17/2023 | $520.00 | 9116403000 |
| 05/11/2023 | $520.00 | 9161338000 | 06/26/2023 | $520.00 | 9239970000 |
| 11/06/2023 | $1,250.00 | 2310001- | 11/06/2023 | $310.00 | 2310001- |
| 12/04/2023 | $784.00 | | 12/28/2023 | $780.00 | |
| 01/25/2024 | $1,000.00 | | 02/27/2024 | $800.00 | |
| 03/25/2024 | $995.00 | | 05/06/2024 | $780.00 | |
| 06/04/2024 | $780.00 | | 07/01/2024 | $780.01 | |
| 07/29/2024 | $780.01 | | 08/26/2024 | $780.01 | |
| 10/07/2024 | $780.01 | | 11/04/2024 | $780.01 | |
| 11/19/2024 | $995.01 | | 12/30/2024 | $795.01 | |

**Total Receipts: $16,289.07  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $16,289.07**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | | | | | | | |
| | 01/08/2024 | $77.93 | 921,854 | | 02/12/2024 | $16.86 | 923,203 |
| | 03/11/2024 | $13.50 | 924,659 | | 04/15/2024 | $16.77 | 926,085 |
| | 05/10/2024 | $13.16 | 927,567 | | 06/17/2024 | $13.15 | 928,966 |
| | 07/15/2024 | $13.58 | 930,456 | | 08/19/2024 | $13.59 | 931,864 |
| | 09/16/2024 | $13.57 | 933,329 | | 10/21/2024 | $13.44 | 934,727 |
| | 11/18/2024 | $13.44 | 936,208 | | 12/16/2024 | $17.15 | 937,592 |
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 01/08/2024 | $1,020.76 | 921,917 | | 02/12/2024 | $220.85 | 923,271 |
| | 03/11/2024 | $176.69 | 924,721 | | 04/15/2024 | $219.76 | 926,160 |
| | 05/10/2024 | $172.26 | 927,631 | | 06/17/2024 | $172.27 | 929,034 |
| | 07/15/2024 | $177.88 | 930,518 | | 08/19/2024 | $177.89 | 931,933 |
| | 09/16/2024 | $177.89 | 933,393 | | 10/21/2024 | $176.01 | 934,795 |
| | 11/18/2024 | $176.02 | 936,275 | | 12/16/2024 | $224.54 | 937,662 |

**Chapter 13 Case # 23-10001**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DISCOVER BANK DISCOVER PRODUCTS INC. | | | | | | | |
| | 01/08/2024 | $263.68 | 922,016 | | 02/12/2024 | $57.05 | 923,375 |
| | 03/11/2024 | $45.62 | 924,829 | | 04/15/2024 | $56.78 | 926,267 |
| | 05/10/2024 | $44.50 | 927,739 | | 06/17/2024 | $44.50 | 929,152 |
| | 07/15/2024 | $45.95 | 930,617 | | 08/19/2024 | $45.95 | 932,044 |
| | 09/16/2024 | $45.95 | 933,494 | | 10/21/2024 | $45.47 | 934,903 |
| | 11/18/2024 | $45.47 | 936,382 | | 12/16/2024 | $57.99 | 937,760 |
| GREENSKY, LLC | | | | | | | |
| | 01/08/2024 | $448.28 | 922,105 | | 02/12/2024 | $96.99 | 923,470 |
| | 03/11/2024 | $77.60 | 924,918 | | 04/15/2024 | $96.49 | 926,358 |
| | 05/10/2024 | $75.65 | 927,818 | | 06/17/2024 | $75.67 | 929,249 |
| | 07/15/2024 | $78.12 | 930,708 | | 08/19/2024 | $78.13 | 932,142 |
| | 09/16/2024 | $78.11 | 933,580 | | 10/21/2024 | $77.31 | 934,995 |
| | 11/18/2024 | $77.27 | 936,466 | | 12/16/2024 | $98.63 | 937,849 |
| LVNV FUNDING LLC | | | | | | | |
| | 01/08/2024 | $337.78 | 922,185 | | 02/12/2024 | $73.09 | 923,558 |
| | 03/11/2024 | $58.47 | 924,992 | | 04/15/2024 | $72.70 | 926,454 |
| | 05/10/2024 | $57.02 | 927,894 | | 06/17/2024 | $57.00 | 929,338 |
| | 07/15/2024 | $58.88 | 930,779 | | 08/19/2024 | $58.86 | 932,225 |
| | 09/16/2024 | $58.86 | 933,650 | | 10/21/2024 | $58.25 | 935,086 |
| | 11/18/2024 | $58.25 | 936,544 | | 12/16/2024 | $74.29 | 937,934 |
| MIDFIRST BANK | | | | | | | |
| | 01/08/2024 | $60.00 | 922,211 | | | | |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 01/08/2024 | $270.96 | 8,003,925 | | 02/12/2024 | $58.62 | 8,003,964 |
| | 03/11/2024 | $46.90 | 8,004,011 | | 04/15/2024 | $58.34 | 8,004,053 |
| | 05/10/2024 | $45.73 | 8,004,098 | | 06/17/2024 | $45.71 | 8,004,140 |
| | 07/15/2024 | $47.24 | 8,004,183 | | 08/19/2024 | $47.20 | 8,004,220 |
| | 09/16/2024 | $47.23 | 8,004,259 | | 10/21/2024 | $46.72 | 8,004,299 |
| | 11/18/2024 | $46.73 | 8,004,342 | | 12/16/2024 | $59.59 | 8,004,390 |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 01/08/2024 | $7.73 | 921,617 | | 05/10/2024 | $5.97 | 927,317 |
| | 09/16/2024 | $5.35 | 933,073 | | | | |
| WELLS FARGO CARD SERVICES | | | | | | | |
| | 01/08/2024 | $1,311.54 | 922,715 | | 02/12/2024 | $283.78 | 924,156 |
| | 03/11/2024 | $227.01 | 925,571 | | 04/15/2024 | $282.36 | 927,078 |
| | 05/10/2024 | $221.33 | 928,451 | | 06/17/2024 | $221.35 | 929,968 |
| | 07/15/2024 | $228.55 | 931,337 | | 08/19/2024 | $228.57 | 932,848 |
| | 09/16/2024 | $228.57 | 934,200 | | 10/21/2024 | $226.15 | 935,712 |
| | 11/18/2024 | $226.16 | 937,109 | | 12/16/2024 | $288.50 | 938,527 |
| WELLS FARGO N.A. PERSONAL LENDING | | | | | | | |
| | 01/08/2024 | $513.43 | 922,717 | | 02/12/2024 | $111.09 | 924,158 |
| | 03/11/2024 | $88.87 | 925,573 | | 04/15/2024 | $110.54 | 927,079 |
| | 05/10/2024 | $86.65 | 928,452 | | 06/17/2024 | $86.64 | 929,969 |
| | 07/15/2024 | $89.47 | 931,338 | | 08/19/2024 | $89.49 | 932,849 |
| | 09/16/2024 | $89.47 | 934,201 | | 10/21/2024 | $88.53 | 935,713 |
| | 11/18/2024 | $88.53 | 937,110 | | 12/16/2024 | $112.95 | 938,528 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,146.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,500.00 | 100.00% | 1,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 738.33 | 100.00% | 249.83 | 488.50 |
| 0003 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 9,670.37 | 100.00% | 3,272.20 | 6,398.17 |

**Chapter 13 Case # 23-10001**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| 0004 | CHOICE RECOVERY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | QUANTUM3 GROUP LLC | UNSECURED | 2,566.97 | 100.00% | 868.59 | 1,698.38 |
| 0007 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 2,497.99 | 100.00% | 845.25 | 1,652.74 |
| 0009 | LAW OFFICE OF STEVEN COHEN | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | MIDFIRST BANK | MORTGAGE ARRE | 60.00 | 100.00% | 60.00 | 0.00 |
| 0012 | LVNV FUNDING LLC | UNSECURED | 3,200.06 | 100.00% | 1,082.82 | 2,117.24 |
| 0014 | TRUISTGSLS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | WELLS FARGO N.A. PERSONAL LENDING | UNSECURED | 4,864.10 | 100.00% | 1,645.89 | 3,218.21 |
| 0017 | WELLS FARGO CARD SERVICES | UNSECURED | 12,425.18 | 100.00% | 4,204.37 | 8,220.81 |
| 0018 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 73.19 | 100.00% | 24.77 | 48.42 |
| 0019 | GREENSKY, LLC | UNSECURED | 4,246.87 | 100.00% | 1,437.04 | 2,809.83 |
| 0020 | QUANTUM3 GROUP LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid:  $16,336.76**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $16,289.07        -     Paid to Claims: $13,690.76     -     Admin Costs Paid: $2,646.00    =    Funds on Hand: $747.32

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.